D & D GROUP PTY LTD., D & D Technologies Pty Ltd., and D & D Technologies (USA), Inc., Plaintiffs–Appellants,

v.

NATIONWIDE INDUSTRIES, INC., Defendant–Appellee.

No. 2010–1430.

United States Court of Appeals, Federal Circuit.

May 3, 2011.

Robert D. Becker, Manatt, Phelps & Phillips, LLP, Palo Alto, CA, for Plaintiffs–Appellants.

David L. Nocilly, Bond Schoeneck & King, LLP, Syracuse, NY, for Defendant–Appellee.

## ORDER

The appellant having failed to file an appendix required by Federal Circuit Rule 30(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.